| | |
|---|---|
| 1 | Jesse S. Ortiz III (SBN 176450) |
|   | **Law Office of Jesse S. Ortiz III** |
| 2 | 1107 9th Street, Suite 1025 |
|   | Sacramento, CA 95814 |
| 3 | Telephone: (916) 444-3971 |
|   | Facsimile:  (916) 444-3975     **OK/HAV** |
| 4 | |
|   | Attorney for Defendant |
| 5 |   Sandra J. Boothe |

Jesse S. Ortiz III (SBN 176450)
**Law Office of Jesse S. Ortiz III**
1107 9th Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile:   (916) 444-3975

**OK/HAV**

Attorney for Defendant
  Sandra J. Boothe

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: S-05-0153 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]ORDER FOR CONTINUANCE** |
| ) | |
| v. ) | |
| ) | Date: September 2, 2005 |
| SANDRA J. BOOTHE, ) | Time: 10:00 a.m. |
| ) | Judge: |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, JESSE S. ORTIZ III, ESQ., attorney for defendant Sandra J. Boothe, that the judgment and sentencing in this matter, currently scheduled for September 2, 2005 be continued to September 22, 2005 at 10:00 am.

This continuance is requested because Ms. Boothe needs the additional time to file the necessary applications with the Superior Court of the State of California, County of Sacramento, to expunge/dismiss misdemeanor driving under the influence convictions suffered by Ms. Boothe in 1996 and 1997.

Dated: August 24, 2005                          /s/ Jesse S. Ortiz III
                                                Jesse S. Ortiz III
                                                Attorney for Defendant
                                                Sandra Boothe

1

```
                              /s/ Ellen Endrizzi
                              Ellen Endrizzi
                              Assistant US Attorney
                              Per Telephonic Authority
```

**ORDER**

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time from today's date through September 22, 2005 is excluded in the interests of justice pursuant to 18 U.S.C § 3161 (H) (8) (B) (iv) and Local Code T4 and Local Code E for the reasons stated in the parties stipulation.

Dated: 8/25/2005

```
                              _____
                              DAVID F. LEVI
                              United States District Judge
```

2