```
Jesse S. Ortiz III (SBN 176450)
Law Office of Jesse S. Ortiz III
1107 9th Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile:  (916) 444-3975                      OK/HAV

Attorney for Defendant
     Sandra J. Boothe
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: S-05-0153 DFL |
| )  Plaintiff,        ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE** |
| v.                       ) | |
| )  SANDRA J. BOOTHE,       ) | Date: September 22, 2005<br>Time: 10:00 a.m.<br>Judge: |
| )  Defendant.           ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, JESSE S. ORTIZ III, ESQ., attorney for defendant Sandra J. Boothe, that the judgment and sentencing in this matter, currently scheduled for September 22, 2005 be continued to October 20, 2005 at 10:00 am.

    This continuance is requested because Ms. Boothe needs the additional time to conduct the hearing in the Superior Court of the State of California, County of Sacramento, on Ms. Boothe's request to expunge/dismiss misdemeanor driving under the influence convictions suffered by Ms. Boothe in 1996 and 1997. Ms. Boothe's hearing is currently set for October 14, 2005 in Department 9 of said court.

Dated: September 15, 2005

/s/ Jesse S. Ortiz III
Jesse S. Ortiz III
Attorney for Defendant
Sandra Boothe

/s/ Ellen Endrizzi
Ellen Endrizzi
Assistant US Attorney
Per Telephonic Authority

## ORDER

**IT IS SO ORDERED.**

Dated: 9/15/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

2