Jesse S. Ortiz III (SBN 176450)
**Law Office of Jesse S. Ortiz III**
1107 9th Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile:   (916) 444-3975                                    **OK/HAV**

Attorney for Defendant
    Sandra J. Boothe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: S-05-0153 DFL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE** |
| v. | Date: October 20, 2005 |
| SANDRA J. BOOTHE, | Time: 10:00 a.m. |
| Defendant. | Judge: The Honorable David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, JESSE S. ORTIZ III, ESQ., attorney for defendant Sandra J. Boothe, that the judgment and sentencing in this matter, currently scheduled for October 20, 2005 be continued to December 8, 2005 at 10:00 am.

    This continuance is requested because Ms. Boothe needs the additional time to discuss with the probation department the impact of the Superior Court of the State of California, County of Sacramento's dismissal of Ms. Boothe's misdemeanor driving under the influence conviction suffered in 1996.

    Further, Ms. Boothe's husband was recently broke his arm and wrist while at work.  Ms. Boothe is his only source of assistance while he is recovering from his injuries.  Consequently,

1

Ms. Boothe would like to put off sentencing until her husband is able to take care of himself (approximately 4 weeks).

Dated: October 19, 2005

/s/ Jesse S. Ortiz III
Jesse S. Ortiz III
Attorney for Defendant
Sandra Boothe

/s/ Ellen Endrizzi
Ellen Endrizzi
Assistant US Attorney
Per Telephonic Authority

## ORDER

**IT IS SO ORDERED.**

Dated: 10/20/2005

DAVID F. LEVI
United States District Judge

2